KAHL C. BATES, as Trustee in Bankruptcy, etc., Appellant, Respondent, v. FRANCIS M. MCQUEENEY and LORETTA V. DONIGAN, Respondents, Appellants.— Judgment and order affirmed, without costs to either party. No opinion.  Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

BENJAMIN MOORE & COMPANY, Respondent, v. THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concurred.

BETSY ROSS FLAG COMPANY, Respondent, v. LOUIS L. BUCKLER, Appellant.— Judgment and orders unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THERESA CIOFFI, Appellant, v. SUFFOLK GAS AND ELECTRIC LIGHT COMPANY, Respondent.— Order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

SALVATOR CIOFFI, Appellant, v. SUFFOLK GAS AND ELECTRIC LIGHT COMPANY, Respondent.— Order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

DOUGLAS W. CUTLER, an Infant, by DANIEL B. DUNCAN, His Guardian ad Litem, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

MATTEO DELFINO, Respondent, v. BLANCHE STARITA, Doing Business under the Firm Name, etc., and Another, Appellants.— Order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

HERBERT L. EVELYN, Respondent, v. EDWARD J. REID, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.